and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.

664 A.2d 494

IN THE MATTER OF CARLOS A. FERREIRA,
AN ATTORNEY AT LAW.

September 27, 1995.

### ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **CARLOS A. FERREIRA of LAKE-WOOD,** who was admitted to the bar of this State in 1988, be temporarily suspended from the practice of law and compelled to pay a monetary sanction for failure to pay a fee arbitration award, and said **CARLOS A. FERREIRA** having failed to appear on the return date of the Order to Show Cause, and good cause appearing;

It is ORDERED that **CARLOS A. FERREIRA** is hereby temporarily suspended from the practice of law, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **CARLOS A. FERREIRA** pay a sanction in the amount of $500 to the Disciplinary Oversight Committee within thirty days of the filing date of this Order; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20.